DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOARD OF PALM BEACH COUNTY COMMISSIONERS,**
Appellant,

v.

**KRISTEN PERFETTO,**
Appellee.

No. 4D21-403

[November 10, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Sandra Bosso-Pardo, Judge; L.T. Case No. 50-2018-CC-002225-XXXX-MB and 50-2020-AP-000046-CAXX-MB.

Helene C. Hvizd, Senior Assistant County Attorney, West Palm Beach, for appellant.

J. Chris Bristow of Critton, Luttier & Coleman, LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***